IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| **ELECTRONIC SCRIPTING PRODUCTS, INC.,** | C.A. No. 1:26-cv-00277 |
| Plaintiff, | |
| v. | **TRIAL BY JURY DEMANDED** |
| **SANDBOX VR, INC.,** and **SANDBOX VR AUSTIN, LLC,** | |
| Defendants | |

### COMPLAINT FOR PATENT INFRINGEMENT

COMES NOW, Plaintiff ELECTRONIC SCRIPTING PRODUCTS, INC. ("ESPi") or its Complaint against Defendants SANDBOX VR, INC. and SANDBOX VR AUSTIN, LLC ("collectively Sandbox VR") alleges as follows:

### THE PARTIES

1. Plaintiff Electronic Scripting Products, Inc. ("ESPi") is a company organized under the laws of the State of Delaware, having its principal place of business located at 446 Old County Road, Suite 201, Pacifica, CA 94044 and mailing address at 555 Bryant Street #142, Palo Alto, CA 95301.

2. On information and belief, SANDBOX VR, INC. is a Delaware company that owns and operates various location-based virtual reality experiences throughout the United States. On information and belief, SANDBOX VR, INC. is the parent company of SANDBOX VR AUSTIN, LLC. Together, they operate a Sandbox VR located at 5822 Worth Pkwy, Suite 102, San Antonio, Texas 78257.

1

**JURISDICTION AND VENUE**

3.  This is an action for patent infringement in violation of the Patent Act of the United States, 35 U.S.C. §§ 1 *et seq*.

4.  This Court has original and exclusive subject matter jurisdiction over the patent infringement claims for relief under 28 U.S.C. §§ 1331 and 1338(a).

5.  This Court has personal jurisdiction over SANDBOX VR because it maintain a regular and established place of business in this District. Specifically, on information and belief, SANDBOX VR has transacted and is continuing to transact business in this District that includes, but is not limited to, committing acts of patent infringement giving rise to this action by use and sale of products and systems that practice the subject matter claimed in the patent involved in this action.

6.  Venue is proper in this district under 28 U.S.C. § 1400(b) because SANDBOX VR has a regular and established place of business in this District. Upon information and belief, SANDBOX VR have committed acts of infringement in this district.

**FACTS**

7.  On January 5, 2016, United States Patent No. 9,229,540 B2 entitled "Deriving Input From Six Degrees Of Freedom Interfaces" was duly and legally issued. A true and correct copy of United States Patent No. 9,229,540 B2 ("the '540 Patent") is attached hereto as Exhibit A and incorporated herein by this reference.

8.  Plaintiff is the assignee of the entire right, title and interest in and to the '540 Patent, including all rights to enforce the '540 Patent and to recover for infringement.

9.  Claim 1 of the '540 Patent claims:

> 1. An interface for producing an input from an absolute pose of an item associated with a user in a three-dimensional environment, said interface comprising:
>
> a) a unit on-board said item, said unit configured to receive non-collinear optical

inputs presented by at least one stationary object in said three-dimensional environment, said at least one stationary object having at least one feature detectable via an electromagnetic radiation, said at least one feature presenting a sufficient number of said non-collinear optical inputs for establishing a stable frame in said three-dimensional environment;

b) processing electronics employing a computer vision algorithm using a homography to recover said absolute pose of said item from a geometrical description of said non-collinear optical inputs in terms of absolute pose parameters in said stable frame and to generate a signal related to at least one of said absolute pose parameters;

c) an application employing said signal in said input, wherein said absolute pose of said item comprises at least three translational degrees of freedom and at least three rotational degrees of freedom, said at least one absolute pose parameter is related to at least one among said at least three translational degrees of freedom and said at least three rotational degrees of freedom by a mapping and at least one aspect of said application varies with said absolute pose of said item.

10. On information and belief, SANDBOX VR infringes Claim 1 of the '540 Patent by using and offering for a fee games and experiences that use virtual reality ("the Accused Product"). SANDBOX VR infringe each element of Claim 1 as follows:

"An interface for producing an input from an absolute pose of an item associated with a user in a three-dimensional environment, said interface comprising:" – To the extent that the preamble is included in the infringement analysis, SANDBOX VR use an interface for producing an input from an absolute pose of an item, in this case a Virtual Reality Headset (VR HDM).



The VR HMD is a wearable item, namely a piece of headgear such as Pico, Oculus Quest or other VR HMD that is associated with a user in a three-dimenstional environment and these VR HMDs use interfaces through MS Mixed Reality platform and tools; Valve SteamVR platform and tools; OpenXR tools; WebXR Device API; and other analogous 3D Virtual Reality Interface platforms and tools.

> **Immersive experiences that feel like the future**
>
> Sandbox is a futuristic VR experience for groups of up to 6 where you can see and physically interact with everyone inside, just like the real world. Inspired by Star Trek's Holodeck, our exclusive worlds let you feel like you're living inside a game or movie, and are built by EA, Sony, and Ubisoft veterans. See why Justin Timberlake, Katy Perry, Kevin Durant, and Will Smith support us. In here, it's possible.

"a) a unit on-board said item, said unit configured to receive non-collinear optical inputs presented by at least one stationary object in said three-dimensional environment, said at least one stationary object having at least one feature detectable via an electromagnetic radiation, said at least one feature presenting a sufficient number of said non-collinear optical inputs for establishing a stable frame in said three-

dimensional environment" -- SANDBOX VR uses a unit on-board the item (i.e., a unit on-board the VR HMD), where this unit is the on-board camera(s) that receive non-collinear optical inputs.

The non-collinear optical inputs are presented by at least one stationary object in the three-dimensional environment, in other words, it uses a tracked environment that "lock" virtual content to the physical location in the three-dimensional environment. The at least one stationary object having at least one feature detectable via an electromagnetic radiation and having sufficient number of non-collinear optical inputs for establishing a stable frame in the three-dimensional environment. Here SANDBOX VR use stationary objects in the environment that include lighted and unlighted objects.



Stable frame is obtained from frames at framerate of cameras in VR HMD.

SANDBOX VR uses electromagnetic radiation, since the VR HMD camera(s) are subject to occlusions and blurring of features detectable by electromagnetic radiation while frames track the environment.

"b) processing electronics employing a computer vision algorithm using a homography to recover said absolute pose of said item from a geometrical description of said non-collinear optical inputs in terms of absolute pose parameters in said stable frame and to generate a signal related to at least one of said absolute pose parameters" -

- SANDBOX VR uses electronics employing a computer vision algorithm using a homography (homography aka projective or perspective transformation) to recover the absolute pose of the item or HMD from viewer perspective.

The homography is based on a geometrical description of the non-collinear optical inputs in terms of absolute pose parameters in the stable frame, which is the XRReferenceSpace - i.e., the geometrical description using coordinates and to generate a signal related to at least one of the absolute pose parameters.

"c) an application employing said signal in said input, wherein said absolute pose of said item comprises at least three translational degrees of freedom and at least three rotational degrees of freedom, said at least one absolute pose parameter is related to at least one among said at least three translational degrees of freedom and said at least three rotational degrees of freedom by a mapping and at least one aspect of said application varies with said absolute pose of said item." -- SANDBOX VR uses an application employing the signal (all absolute pose parameters) of the item (VR HMD) including at least three translational degrees of freedom and at least three rotational degrees of freedom in order to provide VR you can wear with immersive virtual reality attraction.







And they map all the degrees of freedom to at least one aspect of the application, such as navigating in three-dimensional space for full immersive content of the virtual reality attraction such as an experience or a game.

11. Similarly, SANDBOX VR infringes Claims 2, 11-19, 25, 32, 33, 34, 36, 37, 39, 40, and 44-49 of the '540 Patent.

## FIRST CLAIM FOR RELIEF

**(Direct Infringement of the '540 Patent in Violation of 35 U.S.C. § 271(a))**

12.     ESPi refers to and incorporates herein by reference paragraphs 1-49.

13. The '540 Patent is valid and enforceable.

14. SANDBOX VR has infringed and continues to infringe at least Claims 2, 11-19, 25, 32, 33, 34, 36, 37, 39, 40, and 44-49 of the '540 Patent under 35 U.S.C. 271(a), either literally or under the Doctrine of Equivalents, by making, using, selling or offering to sell the Accused Products.

15. SANDBOX VR has had knowledge and notice of the '540 Patent, as well as of its own infringement of the '540 Patent, since at least the date of the filing of this Complaint.

16. ESPi has been and continues to be damaged by SANDBOX VR's infringement of the '540 Patent.

17. SANDBOX VR's infringement of the '540 Patent has been and continues to be willful, at least as early as the filing of this Complaint.

## SECOND CLAIM FOR RELIEF

### (Inducing Infringement of the '540 Patent, in Violation of 35 U.S.C. § 271(b))

18. ESPi refers to and incorporates herein by reference paragraphs 1-17.

19. SANDBOX VR are also liable for indirect infringement under 35 U.S.C. §271(b), because SANDBOX VR knowingly induced and continues to induce the direct infringement of one or more of the Claims by end-users and other third parties (i.e. wholesalers, retailers, customers and end users) in the United States.

20. Said-users and other third parties have directly infringed at least Claims 2, 11-19, 25, 32, 33, 34, 36, 37, 39, 40, and 44-49 of the '540 Patent by using or operating the Accused Products, in the manner for which such Accused Products were and are designed and marketed; that is when the Accused Products are used as SANDBOX VR intends them to be used, the user and the act of usage thereof necessarily directly infringe the '540 Patent.

21. SANDBOX VR knowingly took active steps to induce end-users and other third parties in the United States to engage in direct infringement of the '540 Patent since SANDBOX VR knew that when the Accused Products are used for their intended purpose by third parties and end users, such third parties and users directly infringe the claims of the '540

Patent. For example, to induce such third parties' and users' infringement, SANDBOX VR, on information and belief, provided, sold, or promoted the Accused Products to end-users or other third parties along with specific instructions or training regarding the use of those products, which instructions or training actively induced said end-users and other third parties to practice one or more of the Claims and said instructions or training caused direct infringement of such Claims.

22. SANDBOX VR possessed the specific intent to induce direct infringement of the Claims by end-users and other third parties which intent was manifested, inter alia, by its instructions and/or training for using the Accused Products to end users and third parties, and sale of the Accused Products to end users and third parties, and its knowledge of the '540 Patent and its knowledge that any use of the Accused Products by end-users and other third parties would necessarily directly infringe one or more of the claims of the '540 Patent.

23. SANDBOX VR knew or should have known that testing, demonstrating, marketing, making, using, offering to sell, selling, and/or importing the Accused Products constituted infringement of one or more of the claims of the '540 Patent, based on, among other things, the reasons alleged in the foregoing paragraph.

24. By reason of the acts of SANDBOX VR alleged herein, ESPi has suffered damage in an amount to be proved at trial.

## PRAYER FOR RELIEF

WHEREFORE, ESPi prays for relief as follows:

A. Judgment that SANDBOX VR has directly infringed, and induced others to infringe, the '540 Patent either literally and/or under the doctrine of equivalents;

B. Judgment awarding ESPi general and/or specific damages, including a reasonable royalty and/or lost profits, in amounts to be fixed by the Court in accordance with proof, including enhanced and/or exemplary damages, as appropriate, as well as all of SANDBOX VR's profits or gains of any kind from its acts of patent infringement.

C.     Judgment awarding ESPi all of its costs, including its attorneys' fees, incurred in prosecuting this action, including, without limitation, pursuant to 35 U.S.C. § 285 and other applicable law;

D.     Judgment awarding ESPi pre-judgment and post-judgment interest; and

E.     Judgment awarding ESPi such other and further relief as the Court may deem just and proper.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), ESPi hereby demands a trial by jury on all issues triable to a jury.

Dated:  February 13, 2026                    Respectfully submitted,

/s/ *Raymond W. Mort, III*
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com

**DAIGNAULT IYER LLP**
111 Congress Ave, Suite 500
Austin, Texas 78701
Tel/Fax: (512) 865-7950


John A. Lee (pro hac vice to be filed)
jlee@banishlaw.com
**BANIE & ISHIMOTO LLP**
2100 Geng Road, Suite 210
Palo Alto, CA 94303
T: 650.241.2774
F: 650.241.2770